UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIA CONSEULO ALVAREZ, AND ROSA BARAJAS**<br>Plaintiff/Petitioner<br>vs.<br>**TRANSPORTES REGIOMONTANOS, INC, D/B/A AUTOBUSES REGIOMONTANOS INTERNACIONALES & RUEBEN GONZALEZ AND JOHN DOE**<br>Defendant/Respondent | Case No.: **21-cv-02468**<br><br>AFFIDAVIT OF SERVICE OF SUMMONS; COMPLAINT |

Received by **Jose E Vazquez**, on the **17th day of June, 2021 at 11:12 PM** to be served upon **Transportes Regiomontanos at 1902 San Bernardo Avenue, Laredo, Webb County, TX 78040**.
On the **23rd day of June, 2021 at 9:36 AM**, I, Jose E Vazquez, SERVED Transportes Regiomontanos at 1902 San Bernardo Avenue, Laredo, Webb County, TX 78040 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving **Ricardo Juarez**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **WORKER, who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a black-haired Hispanic male approx. 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with a mustache.**

Service Fee Total: **$85.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Jose E Vazquez_ (signature)     PSC15449     6/23/2021
Jose E Vazquez                          Server ID #   Date

REF: **REF-8247703**